SARAH C. SMITH, Respondent, *v.* THE KINGSTON CITY RAIL-ROAD COMPANY, Appellant.

*Smith* v. *Kingston City R. R. Co.*, 55 App. Div. 143, affirmed.
(Argued January 22, 1902; decided January 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*A. T. Clearwater* for appellant.

*John J. Linson* for respondent.

*Per Curiam.* We think that the case was properly submitted to the jury upon both theories of negligence on the

part of the defendant, the one relating to improper construction and the other to negligent operation of the car.

The judgment should be affirmed, with costs.

PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ., concur.

Judgment affirmed.